IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                          Criminal Action No.
                            25-00006-01-CR-W-BP

RAFAEL L. JOHNSON,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of a Firearm and Ammunition *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Jessica Jennings
        Case Agent: Rachel D. Alonzo, ATF
    Defense: Robert Kuchar and investigator Mark Wolpin

**OUTSTANDING MOTIONS**:

    Doc. 41-NOTICE of filing *Government's Notice of Intent to Offer Evidence Pursuant to Rule 404(b)* by USA as to Rafael L. Johnson

    Doc. 42- NOTICE of filing *Government's Notice of Expert Witness* by USA as to Rafael L. Johnson

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 3 with stipulations; 4 without stipulations
    Defense: 2 witnesses, including Defendant who   ( ) will
                                                        ( x ) may
                                                         ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 50 exhibits
    Defense: No additional exhibits

**DEFENSES**:
    ( x )   defense of general denial
    ( )     defenses of general denial and _____

**POSSIBLE DISPOSITION**:
  ( x ) Definitely for trial      (  ) Possibly for trial
  (  ) Motion to continue to be filed   (  ) Likely a plea will be worked out

**TRIAL TIME: 2 - 2.5 days**
  Government's case including jury selection: 2 days
  Defense case: .5 day at most

**STIPULATIONS**:
  ( x )   in discussions, but stipulations unlikely at this time as to:
    ( x )   chain of custody
    (  )   chemist's reports
    ( x )   prior felony conviction
    ( x )   interstate nexus of firearm
    (  )   other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

  **Witness and Exhibit Lists**:
  Government: April 14, 2025
  Defense: April 14, 2025
  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, Voir Dire, Jury Instructions**: April 14, 2025
  **Jury instructions must comply with Local Rule 51.1**

  **Motions in Limine**: April 14, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing 4/28/2025
  **Please note**: Both the Government and Defendant request that the case be set during the first week of the trial docket. The Government's case agent—who also serves as its expert on the nexus of the firearm—is unavailable beginning late on May 2 through May 8, 2025. Additionally, Defendant's investigator is unavailable during the second week of the trial docket.

**OTHER**:
  (  )   A _____-speaking interpreter is required.
  (  )   Other assistive devices: _____

  **IT IS SO ORDERED.**

                  */s/ Jill A. Morris*
                  JILL A. MORRIS
                  United States Magistrate Judge