IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-

RAFAEL L. JOHNSON,

    Defendant.

Criminal Action No.
25-00006-01-CR-W-BP

# MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

Count One - Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

Count Two – Possession with Intent to Distribute Morphine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

Count Three – Possession of a Firearm in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

Count Four - Felon in Possession of a Firearm and Ammunition, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Jessica Jennings & Brad Kavanaugh
    Case Agent: ATF Special Agent Rachel Alonzo
    Defense: James Spies

**OUTSTANDING MOTIONS**: Defendant's Motion to Dismiss for Vindictive Prosecution (Doc. 79), *Report and Recommendation filed 8/15/25 (Doc. 99)*

Defendant's Motion to Suppress Physical Evidence (Doc. 80), *Report and Recommendation filed 8/15/25 (Doc. 100)*

**ANTICIPATED MOTIONS**: Motions in limine will be filed.

**TRIAL WITNESSES**:
    Government: 4 with stipulations; 6 without stipulations
    Defense: 2 witnesses, including Defendant who likely will not testify

**TRIAL EXHIBITS**:
    Government: 100 exhibits
    Defense: 50 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial    (  ) Possibly for trial
    (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: **2 ½ days**
    Government's case including jury selection: 2 days
    Defense case: ½ day

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    ( x )    have been proposed as to:
        ( x )    chain of custody
        ( x )    chemist's reports
        ( x )    prior felony conviction
        ( x )    interstate nexus of firearm
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: August 29, 2025
    Defense: August 29, 2025
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: August 29, 2025
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: August 29, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing September 15, 2025
    **Please note**: *The Government requests the first week of the docket due to witness unavailability September 24-26, 2025. Defense counsel joins in this request.*

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                                                      */s/ Jill A. Morris*
                                                                      JILL A. MORRIS
                                                                       United States Magistrate Judge